# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENE COOKSEY,** | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 1:00-CV-0081 |
| v. | : | |
| | : | (Judge Kane) |
| **DEAN FOSTER, PATRICIA SMITH, ROBERT RAPAK, JOSEPH ZIMMERMAN, and CITY OF HARRISBURG,** | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW**, this 31st day of October, 2003, **IT IS ORDERED THAT** the scheduling order issued March 15, 2001, shall be **AMENDED** as follows:

| | |
|---|---|
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | **December 26, 2003** |
| Motions In Limine Due: | **January 2, 2004** |
| Pretrial Memoranda Due: | **January 16, 2004** |
| Pretrial and Settlement Conference: | **January 22, 2004 at 10:00 a.m.** |
| Proposed Jury Instructions, Proposed Voir Dire Questions and Objections to Proposed Instructions: | **January 28, 2004** |
| Jury Selection and Trial: | **February 2 2004, at 9:30 a.m.** |

 

             S/ Yvette Kane
             Yvette Kane
             United States District Judge