IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENE COOKSEY,<br>    Plaintiff | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 1:00-CV-0081 <br><br> (Judge Kane) |
| DEAN FOSTER, PATRICIA SMITH, ROBERT RAPAK, JOSEPH ZIMMERMAN, and CITY OF HARRISBURG,<br>    Defendants | : <br> : <br> : <br> : <br> : <br> : | |

## O R D E R

AND NOW, this 30th day of __December__, 2003, counsel having reported to the Court that the above action has been settled,

IT IS HEREBY ORDERED that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    S/ Yvette Kane
Yvette Kane
United States District Judge